**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VIVIAN PACHECO,

                      Plaintiff,                               23 **CIVIL** 3145 (SN)

        -v-                                     **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated August 1, 2023, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York
         August 2, 2023

                                         **RUBY J. KRAJICK**

                                    _____
                                       **Clerk of Court**

        **BY:**

                                      _____
                                        **Deputy Clerk**